**DIANE REGAN**
California Bar No. 207027
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Diane_Regan@fd.org

Attorneys for Mr. Gonzalez-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAMES M. LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL GONZALEZ-HERNANDEZ,<br><br>Defendant. | ) | CASE NO. 08CR0798-L<br><br>DATE: APRIL 21, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>1) COMPEL DISCOVERY;<br>2) DISMISS INDICTMENT; AND<br>3) GRANT LEAVE FOR FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on April 21, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Rafael Gonzalez-Hernandez, by and through his counsel, Diane M. Regan, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

//

**MOTIONS**

The defendant, Rafael Gonzalez-Hernandez, by and through his attorneys, Diane M. Regan, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel Discovery;

2) Dismiss the Indictment; and

3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: April 14, 2008

*/s/ Diane Regan*
**DIANE REGAN**
Federal Defenders of San Diego, Inc.
Attorneys for Rafael Gonzalez-Hernandez