UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL GONZALEZ-HERNANDEZ,<br><br>Defendant. | Case No. 08CR0798-L<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Andrew Schopler, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: April 14, 2008

*<u>/s/ Diane M. Regan</u>*

**DIANE M. REGAN**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail:diane_regan@fd.org