FILED
MAY 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. RAFAEL GONZALEZ-HERNANDEZ, Defendant.

Criminal Case No. 08CR0798-L

WAIVER OF INDICTMENT

I, **RAFAEL GONZALEZ-HERNANDEZ**, the above named defendant, who is accused of **Illegal Entry (Misdemeanor) – 8 U.S.C. 1325; Illegal Entry (Felony) – 8 U.S.C. 1325; Illegal Entry (Felony) – 8 U.S.C. 1325**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **May ~~8~~ 6, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

RAFAEL GONZALEZ-HERNANDEZ

DIANE M. REGAN
Counsel for Defendant

Before
Hon. M. JAMES LORENZ
U.S. District Judge